**Exhibit A to the Complaint**

**Location:** Oakland, CA  
**Total Works Infringed:** 26  
**IP Address:** 76.218.101.15  
**ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/21/2017 00:50:42 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 2 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 05/06/2017 21:43:59 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 3 | 1B6B000895E6AF68FA1C71417E61A9E9C34EBC71 | Vixen | 12/13/2017 01:41:55 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 4 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 09/29/2017 23:55:14 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 5 | 40D7B73C656C1766FE00EAD00D432F64504DB151 | Vixen | 10/13/2017 20:24:52 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 6 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 11/18/2017 01:36:27 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 7 | 455AA3E3457F108A25179EA6FC222C5085AC8DC8 | Tushy | 09/25/2017 22:58:32 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 8 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 05/27/2017 00:06:15 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 9 | 46B6BC58D9419E580B5EF739E510D46E8280A10D | Tushy | 09/02/2017 12:42:20 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 10 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/23/2017 02:24:55 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 11 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/15/2017 01:09:43 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 12 | 5E5648DEC0EEE26A85C27C8802B349ABDC47C17E | Tushy | 11/29/2017 01:07:31 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 13 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 07/21/2017 00:03:11 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 14 | 7791DC7179F9F188421E3A5717EB3454762A2897 | Tushy | 08/31/2017 23:39:53 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 15 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/06/2017 22:37:00 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 16 | 7F60E5679CD0B8BA8E55083B48D3C62E794934D5 | Tushy | 05/27/2017 02:12:29 | 05/26/2017 | 06/22/2017 | PA0002039288 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 8DD74BAC881068002B2476A3A64C93B76826A9B9 | Tushy | 12/02/2017 23:45:47 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 18 | 9280249B10A44E38C995023927D8A3E84672F746 | Tushy | 09/11/2017 02:51:05 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 19 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 09/02/2017 11:37:11 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 20 | 9E1EEE10CC32609ECC2542444366C4BBDC969CB5 | Vixen | 09/22/2017 19:14:13 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 21 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/05/2017 03:03:43 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 22 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 05/10/2017 08:40:05 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 23 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/05/2017 22:13:41 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 24 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 12/08/2017 01:18:54 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 25 | DC9F06861F5B8306A5010D2F076FB6A6487CA9DB | Vixen | 05/26/2017 23:49:56 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 26 | E559FC0D24743C61A41EA728E167F83D927784AD | Tushy | 08/08/2017 23:53:12 | 08/04/2017 | 08/17/2017 | 15732903865 |