Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 4:18-cv-01166-KAW |
| Plaintiff, | Magistrate Judge Kandis A. Westmore |
| vs. | **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.218.101.15** |
| JOHN DOE subscriber assigned IP address 76.218.101.15, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 76.218.101.15, are voluntarily dismissed with prejudice.

Dated:  June 15, 2018                           Respectfully submitted,


                                                By: /s/ *Lincoln D. Bandlow*
                                                Lincoln D. Bandlow, Esq.
                                                FOX ROTHSCHILD LLP
                                                *Attorney for Plaintiff*